**UNITED STATES of America,
Appellee,**

v.

**Jeffrey Lynn BROWN, Appellant.**

**No. 06–1694.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 20, 2006.

Filed: Aug. 4, 2006.

John S. Courter, U.S. Attorney's Office, Des Moines, IA, for Appellee.

John P. Messina, Angela L. Campbell, Federal Public Defender's Office Southern District of Iowa, Jeffrey Lynn Brown, Des Moines, IA, for Appellant.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Jeffrey Brown appeals following imposition of sentence by the district court[1] upon his guilty plea to a charge of making a false statement while attempting to purchase a firearm, in violation of 18 U.S.C. § 922(a)(6). On appeal, his counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Counsel argues that Brown's sentence of 12 months and one day in prison, plus two years of supervised release, is greater than necessary to achieve the goals pre-sented in 18 U.S.C. § 3553(a) and is, therefore, unreasonable. This argument fails. The district court specifically discussed the section 3553(a) factors, and we find no indication that the court based its sentence on any improper or irrelevant factor. *See United States v. Long Soldier,* 431 F.3d 1120, 1123 (8th Cir.2005) (relevant inquiry is whether court actually considered § 3553(a) factors and whether appellate court's review of factors leads to conclusion that they support reasonableness of district court's sentencing decision); *United States v. Saenz,* 428 F.3d 1159, 1164–65 (8th Cir.2005) (there is range of reasonableness available to district court in any given case); *United States v. Lincoln,* 413 F.3d 716, 717–18 (8th Cir.) (sentence within Guidelines range is presumptively reasonable; district court must not base sentence on irrelevant or improper factor, and must not neglect relevant factors), *cert. denied,* —— U.S. ——, 126 S.Ct. 840, 163 L.Ed.2d 715 (2005).

Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude there are no nonfrivolous issues. Accordingly, we affirm the district court's judgment.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.